# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/17/2020

April 16, 2020

Via ECF

The Hon. Valerie E. Caproni
United States District Judge
Sothern District of New York
40 Foley Square
New York, NY 10007

    Re:  USA vs. Jason Moye
         15-cr-537 (VEC)

Dear Judge Caproni:

    I represented Jason Moye as Learned Counsel pursuant to the Criminal Justice Act while his case was death eligible. My appointment ended after the United States Attorney elected not to seek the death penalty.

    I received a copy of Your Honor's Endorsement of the letter file by Mr. Moye's previous Bryan Konoski, Esq. (ECF 1482) and I have spoken Samson Enzer, AUSA concerning the letter.

    Please be advised that I am willing to represent Mr. Moye on his resentencing, subject of course, to my being appointed by Your Honor.

    I will make every effort to meet with Mr. Moye in order to be prepared for his June 29, 2020 resentencing hearing.

    I hope that this letter finds Your Honor well, I remain

                    Respectfully yours,
                    */s/Thomas Ambrosio*
                    Thomas Ambrosio

cc:  All Counsel via ECF

---

> Application GRANTED. Mr. Ambrosio is hereby appointed as counsel for Mr. Moye for purposes of re-sentencing. Sentencing submissions are due June 15, 2020. A copy of this endorsement has been mailed to Mr. Moye by chambers staff.
>
> SO ORDERED.        Date: 04/17/2020
>
> *[signature]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE