

MEMO ENDORSED

# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

August 17, 2020

Via ECF

The Hon. Valerie E. Caproni
United States District Judge
Sothern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020
```

     Re:  USA vs. Jason Moye
          15-cr-537 (VEC)

Dear Judge Caproni:

    Because of my continued inability to personally meet with Mr. Moye during the ongoing COVID-19 pandemic in order to adequately prepare for his resentencing I am respectfully requesting that Your Honor postpone both the date for sentencing submissions and his sentencing date, August 28, 2020 and September 11, 2020, respectively.

    Mr. Moye is not willing to knowingly and voluntarily waive his physical presence at his re-sentencing.

    Samson Enzer, AUSA, on behalf of the government, does not object to this adjournment request.

    I thank Your Honor for your consideration of this adjournment request. I hope this letter finds you well and well, I remain

                                Respectfully yours,
                                */s/Thomas Ambrosio*
                                Thomas Ambrosio

cc:  All Counsel via ECF
     Jason Moye (via regular mail)

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com

> Application GRANTED.  The resentencing is adjourned to **October 8, 2020 at 3:00 p.m.**  The parties' sentencing submissions are due by **September 24, 2020.**

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

8/17/2020