USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2020

**MEMO ENDORSED**

# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

October 21, 2020

Via ECF

The Hon. Valerie E. Caproni
United States District Judge
Sothern District of New York
40 Foley Square
New York, NY 10007

    Re:  USA vs. Jason Moye
         15-cr-537 (VEC)
         Re-Sentencing hearing

Dear Judge Caproni:

    The current re-sentencing date for Jason Moye is November 12, 2020 with resentencing submissions due on October 23, 2020.

    I respectfully request that Your Honor adjourn the re-sentencing submission deadline and re-sentencing date for another month due to client contact availability during the COVID-19 pandemic.

    I believe that I will be able to complete Mr. Moye's sentencing submission in the next month, provided there are no new travel restrictions imposed due to the pandemic.

    Samson Enzer, AUSA, on behalf of the government, does not object to this adjournment request.

    I thank Your Honor for your consideration of this adjournment request. I hope this letter finds you well and well, I remain

                               Respectfully yours,
                               */s/Thomas Ambrosio*
                               Thomas Ambrosio

cc:  All Counsel via ECF
     Jason Moye (via regular mail)

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com

Application GRANTED. The resentencing currently scheduled for November 12, 2020 is adjourned to **December 17, 2020 at 11:00 a.m.** Sentencing submissions are due by **December 3, 2020.**

SO ORDERED.

*[signature: Valerie Caproni]*

10/21/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE