```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JASON MOYE,
                         Defendant

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for December 17, 2020 at 11:00 a.m.

IT IS HEREBY ORDERED THAT: Due to the COVID-19 pandemic, Defendant's resentencing is adjourned **to January 26, 2021 at 2:00 p.m.** Sentencing submissions are due by **January 12, 2021.**

**SO ORDERED.**

Date: November 23, 2020
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**