USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JASON MOYE,

Defendant

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for January 26, 2021;

IT IS HEREBY ORDERED THAT: Due to the COVID-19 pandemic, Defendant's resentencing is adjourned **to March 2, 2021 at 11:00 a.m.**  Sentencing submissions are due by **February 16, 2021.**  The Court would like to conduct the resentencing in-person and is hopeful that it will be safe to do so without undue risk to the participants by early March.

**SO ORDERED.**

Date:  January 6, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

1