USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JASON MOYE,

Defendant

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for **April 15, 2021 at 2:00 p.m**.;

IT IS HEREBY ORDERED THAT:  Defendant's resentencing will be held **in person** in Courtroom 443.  The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

Members of the public may attend the resentencing by dialing 888-363-4749 using the access code 3121171 and the security code 0537.  Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date:  April 2, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

1