USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

15-CR-537 (VEC)

ORDER

JASON MOYE,

Defendant

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for April 15, 2021 at 2:00 p.m.;

WHEREAS the Guidelines calculation contained in the Supplemental Presentence Report indicates that the correct guidelines range for Count 2 is 292 to 365 months (Dkt. 1485);

IT IS HEREBY ORDERED THAT: The Court is providing the parties notice that it is considering an upward departure or upward variance. The Court will give both parties an opportunity to speak on this issue at the resentencing.

**SO ORDERED.**

**Date: April 12, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

1